■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAIL IDLETT, Appellant. [713 NYS2d 496] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mason, J.), rendered December 3, 1998, convicting her of attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's exculpatory statements were made after she had the opportunity to reflect and possibly fabricate (*see, People v Vasquez,* 88 NY2d 561). Accordingly, those statements were not admissible as excited utterances (*see, People v Sostre,* 51 NY2d 958).

The defendant's remaining contentions are either unpre-

served for appellate review or without merit. Santucci, J. P., S. Miller, McGinity and Smith, JJ., concur.